UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **CV 21-5430-MWF(Ex)** | Date: October 01, 2024 |
| Title **Hsiao and Montano, Inc. v. Xstatic Pro Inc., et al.** | |

Present: The Honorable:  **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On December 18, 2023, the Court held a Status Conference rather than a Final Pretrial Conference. At that hearing, the Court vacated the January 16, 2024, Jury Trial. *See* Minute Order, Docket No. 122. The parties were to meet and confer about a new trial date, or if they elect to proceed before a magistrate judge.

Since that Status Conference, a Stipulation for Permanent Injunction and Order were filed as to Defendant VIP Pro Audio, Inc. on March 4, 2024. (Docket Nos. 123 and 124). A Stipulation and Order to Dismiss Defendants Michael Monasheri and VIP Pro Audio Inc. were filed on March 7 and 8, 2024, respectively. (Docket Nos. 125 and 126).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution as to the remaining Defendants, Xtatic Pro Inc., Gibor USA, Pedram Monasheri, Sam Manshary, and Gabriel Menashe. In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 15, 2024:**

- A Joint Status Report with proposed Final Pretrial Conference and Jury Trial dates;
- An agreement to the Voluntary Consent to Magistrate Judges, by lodging a completed Form CV-11D. See http://www.cacd.uscourts.gov/judges-requirements/court-programs/voluntary-consent-magistrate-judges;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-5430-MWF(Ex)**                                   Date:  October 01, 2024

Title            *Hsiao and Montano, Inc. v. Xstatic Pro Inc., et al.*

        OR

■  A stipulation to dismiss this action as to the remaining Defendants.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **OCTOBER 15, 2024**, will result in the dismissal of this action.

IT IS SO ORDERED.